NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


INFINITE CUSTOMER SYSTEMS, LLC,    )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D17-4564
                                   )
EMIL A. ZARCHEV; KALINKA           )
ZARCHEVA; YOUNG PEST CONTROL       )
OF COASTAL FLORIDA, INC.;          )
BUREAUS INVESTMENT GROUP           )
PORTFOLIO NO. 13, LLC as           )
successor in interest to WASHINGTON )
MUTUAL,                            )
                                   )
          Appellees.               )
_____)

Opinion filed October 31, 2018.

Appeal from the Circuit Court for Sarasota
County; Andrea McHugh, Judge.

Jennifer Lima-Smith and Christos Pavlidis
of Gilbert Garcia Group, P.A., Tampa, for
Appellant.

Shawn G. Brown of Frazier & Brown,
Tampa, for Appellees Emil A. Zarchev and
Kalinka Zarcheva.

No appearance for remaining Appellees.


PER CURIAM.

Dismissed for lack of jurisdiction.

KHOUZAM, LUCAS, and SALARIO, JJ., Concur.